IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

DEBORAH LAUFER, Individually,   *
                                                         *
        Plaintiff,                  *
                                                         *
    v.                                      *       CV 120-072
                                                         *
SOUTHERN STAY, LLC, A Georgia   *
Corporation,                   *
                                                         *
        Defendant.                *

## O R D E R

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice. (Doc. 16.) Plaintiff and Defendant consent to dismissal. Upon consideration, dismissal is proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). **IT IS THEREFORE ORDERED** that Plaintiff's claims are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case. Each party shall bear her/its own attorney fees, costs and expenses.

**ORDER ENTERED** at Augusta, Georgia, this 6th day of October, 2020.

                                                         J. RANDAL HALL, CHIEF JUDGE
                                                         UNITED STATES DISTRICT COURT
                                                         SOUTHERN DISTRICT OF GEORGIA